IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| OSSIE ROBERT TRADER | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv450 |
| T. C. OUTLAW, ET AL. | § | |

<u>MEMORANDUM OPINION</u>

Petitioner Ossie Robert Trader, a federal prisoner confined at the United States Penitentiary in Beaumont, Texas, proceeding *pro se*, brings this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

<u>Discussion</u>

In 1982, petitioner was convicted of robbery in Delaware County, Pennsylvania. Petitioner was sentenced to imprisonment for nine to twenty years. Although he has discharged the 1982 sentence, petitioner now alleges the conviction was illegal. Petitioner contends the State did not have jurisdiction to prosecute the crime because the alleged conduct violated federal bank robbery statutes.

Petitioner insists that he is not challenging his current federal conviction or sentence, but is instead challenging a state court conviction from Pennsylvania. Therefore, the court is of the opinion this petition should be transferred to a forum where a Pennsylvania state inmate would pursue a petition for writ of habeas corpus. Such a forum is also where all records and witnesses concerning petitioner's state conviction would be located.

Pursuant to 28 U.S.C. § 118, Delaware County is located in the Eastern District of Pennsylvania. As a result, this petition will be transferred to that district. A transfer order will be entered in accordance with this Memorandum Opinion.

**SIGNED** this  21  day of            July            , 2005.

                                        KEITH F. GIBLIN
                                      UNITED STATES MAGISTRATE JUDGE